

Attorney Names
Attorneys' Business Address
City, ST ZIP Code
Phone | Fax
Email

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

Ronald Creswell

          Plaintiff,

vs.

The Detroit Public Library's [Detroit, Michigan]

Trinee Moore

Chris Shreve

Tiffany Simon

Jo Anne Mondowney

Margaret Bruni

          Defendants

---

Case No.: 471-2023-04584 via U.S. Equal Employment Opportunity Commission public portal

**CIVIL RIGHTS VIOLATION – CIVIL ACTION**

Case: 2:25−cv−11433
Assigned To : Goldsmith, Mark A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/15/2025
Description: CMP RONALD CRESWELL V DETROIT PUBLIC LIBRARY ET AL (SS)

---

# COMPLAINT of EMPLOYMENT DISCRIMINATION

May 20th, 2025

_____

Attorney Name

## TO THE:

Eastern District of Michigan, United States District Court, Honorable Sean F. Cox, Chief Judge

Kinikia D. Essix, Court Administrator / Clerk of Court

I am writing to the Eastern District of Michigan, United States District Court, in hopes that I could get justice after fifteen years of injustice.  I am writing to the Eastern District of Michigan, United States District Court , in hopes that the federal government after the EEOC could step in and do an open and an objective, fair and equitable investigation into the Detroit Public Library's bias, double-standard, and preferential-treatment hiring practices.  I am also writing to the Eastern District of Michigan, United States District Court, in hopes that the federal government could too, hear my case, in a honorable, fearless, and in due diligence with freedom from impartiality, nepotism, despotism, and cronyism that the Detroit Public Library has **NOT** practiced, and promoted or encouraged for years.  Finally, I am writing to the Eastern District of Michigan, United States District Court , in hopes that my United States Constitutional rights, could be restored that is stated in the Fourthtenth Amendment to the Constitution that no individual born or naturalized as a citizen should be deprived of life, liberty, and the pursuit of happiness. . . .without due process of law, and without equal protection under the law.  In addition, I am hoping that the tenants of the Civil Rights Act of 1964, under Title Seven could be carried out without politics, sex, race, gender, age, disability, and individual-intellectual-intelligence discrimination, in-which, again for fifteen years, I have been institutionalized caught-up in and personally have egregiously experienced, by DPL.

# I.    BACKGROUND

**The Detroit Public Library** is an **UNEQUAL OPPORTUNITY EMPLOYER.** The Detroit Public Library has a history in making bias, preferential, and unprofessional employment decisions based on race, gender, sex, color, age, disability, local-residential, Veteran, and individual-intellectual-intelligence, especially when it comes to an African American heterosexual man vying for a professional (Master's Degree required) librarian appointment. In addition, the Detroit Public Library, ninety percent of the time only hires Black men for non-leadership, subordinated roles with least likely those Black men. . . .American Africans will not have the opportunity to be administratively selected, appointed, and or promoted as Branch Managers, Assistant Branch Managers, head-administrators of Human Resources and in charge of the Inter-library-loan, head of cataloging, and in-charged of key acquisitions and procurements of resources, such as the processing of hiring and firing of personnel and the control of the budget, as well as developing the collections, overseeing specific programs, activities and events, along with important public interaction with patrons as head of the Children Services, Youth Services and Adult Services and the TLC section at the Main Library. Those appointments and assignments are reserved for whites and women only with Black men playing minor or little than nothing roles, as support personnel. People, especially like Trinee Moore, the Director of Human Resources and Dr. Chris Shreve, so-called Community Member Representative (both Negroes do not have any professional library degrees) wants the Detroit Public Library to both stay and run politically that way. Case-in-point, during the March 2023 interview at the Detroit Public Library's main library, several times during the

3

interview itself, I was told by Dr. Shreve, and endorsed by Trinee Moore that I should "not be pursuing a library job, but that I should be into politics." In fact, the atmosphere of the interview room and attitude of the so-called interview team was laden with hostilities and threaded with contempt and resentment towards me to have had such audaciousness, belief, confidence, and determination to applied for both the Children / Youth Services and Adult Services positions prior to the interview. Furthermore, Dr. Shreve threatened me, during the interview with the words "you don't want to go that way with me," as an insult, after I stated to Ms. Moore that she was lying, when she made false, and fabricated claims DPL were not hiring during its so-called hiring freeze back in 2010.

The part so-called interview team, part interrogation team that consisted of Trinee Moore via televised ZOOM screen, Margaret Bruni, Director of Public Library Service and Dr. Shreve posed questions that **were not** related to any professional librarian services, that were not etiquette in nature, such as any emerging trends, like "Banned Books," A I, social media usages via Internet access which could be productive, or could be executed through the integrated library system, or specifically the library reference desks that would timely and accurately provide information leading to knowledge gain for the individual patron, who may inquire information or even the use of the Online Public Access Catalog system for retrieving literature from a library's shelf or storage area. They did not asked any questions to me, about whether I have had or have not had any knowledge or experience of providing "Storytime Reading" to preschool children and or adolescents, or have I ever run a computer lab, like I once did as a Media Specialist / Teacher for the Eastpointe [Michigan] Public Schools System and for libraries in the Grosse Pointe Public Schools System via EDUStaff, LLC., Inc., (teachers' staffing

4

agency) out of its Grand Rapids, Michigan, as a Licensed Guest / Substitute Teacher, which was part of my submitted prior employment package.  Their questionings were all political motivated and suggestive in nature, which were misleading and misrepresentative of any public library system, in anywhere in America, let alone globally.  They seemed to be afraid of my individual-intellectual-intelligence and overall knowledge of 21st Century public global and local library services that related to the applied job qualifications that were sought, during the interview process.  In fact, the so-called interview team kept trying to string me along a proverbial "dead end alley," in their attempts to undermined my knowledge and awareness of DPL's integrated library system and my overall presence and quest for a professional public librarian appointment.

If the federal government, with the full weight of the United States Justice Department via its United States Court House, proactively and thoroughly, beyond what the Equal Employment Opportunity Commission would not or could not do, to fully, absolutely, completely and totally, first and foremost and forthright do a thorough investigation that is also transparent and un-bias, with its investigation, and in the process retrieve and analyze employment applications that dated back fifteen years (2010) and up to the present age (2025); they would uncover and unveil a system of unscrupulous, even corrupted, partiality driven, predetermined biasness, preferred hiring practices that are influenced by a dominated group of women out the Human Resources of the Detroit Public Library and is approved, reinforced and encouraged by the Executive Director Jo Anne Mondowney.

5

## II.        THE CHARGE

The Detroit Public Library conducted an interview with me that denied me the equal employment opportunity that whites and women that presently work for DPL were afforded to them.  In other words, DPL conducted the interview under a hostile, nontransparent, pre-judgmental and bias conditions.  The Detroit Public Library does not want to hire an African American male. . .a Black man as a Children or Youth Services Librarian at any of its twenty-one branches, especially at its main library.  The Detroit Public Library does not want to hire an African American male. . .a Black man, especially who is a native and life-long Detroiter, as a Storytime Reader to preschool children and adolescents.  The Detroit Public Library does not want to hire an African American male. . .a Black man as Director of its Public Services.  The Detroit Public Library has only hired or promoted one African American male. . .a Black Man as a Branch Manager, in the last twenty-five years.  The Detroit Public Library does not have an Assistant Branch Manager that is a Black man at any of its twenty-one branches.  The Detroit Public Library does not want to hire an African American male. . .a Black man as Head of Adult Services, again too, at any of its twenty-one branches.  The Detroit Public Library has only one African American

6

male. . .a Black man as a Human Resources officer, and he is limited to an assistant role.  The Detroit Public Library does not want to hire an African American male. . .a Black man as its cultural programming director or manager.  The Detroit Public Library does not want to hire an African American. . .a Black man as Manager or Director of its main library's (TLC) Technology Literacy Center.  The Detroit Public Library does not want to hire an African American male. . .a Black man as Manager of its HYPE (Helping Young People Excel) program.  The Detroit Public Library does not want to hire an African American male. . .a Black man as head of DPL's Blind & Physically Handicapped programming.  The Detroit Public Library does not want to hire an African American male. . .a Black man as head of its Special Collections, such as the Burton Historical Collection; the National Automotive History Collection; the E. Azalia Hackley Collection of African Americans in the Performing Arts; the Ernie Harwell Sports Collection, as well as the Rare Book Collection.  The Detroit Public Library does not want to hire or appoint an African American male. . .a Black man as head of the Interlibrary Loan service.  The Detroit Public Library does not want to hire an African American male. . .a Black man as top official responsible and head of procurement, acquisition, the budget, and overseeing its collection

development, and importantly, its entire integrated library system throughout its entire library structure.  The Detroit Public Library does not want to hire an African American male. . .a Black man as Head of Circulation, who is responsible for ordering books, monologues, media, journals and other technological devices (with such book delivery and ordering companies as Baker & Taylor, etc.), along with approving content, closely and independently interacting with vendors, and jobbers, and communicating with such topnotch online cataloging services as the OCLC (Online Computer Library Center in Dublin, Ohio), and MeL (the Michigan Electronic [digital] Library), and important consortiums like DALNET, et al.

Again, the Detroit Public Library does not mind hiring African American men as security guards, building monitors, a few information (I T) technology guys here and there throughout its twenty-one branches, janitors and custodians (cleaners), book depository van drivers, and book mobile drivers, as well as a few Library Clerks, and or Library Aids on a voluntary basis.  Most often the Detroit Public Library justifies it so-called, but definitely its misleading and exaggerated fair hiring practices in reporting to such organizations as the National Labor Relations Board, the Federal Labor Relations Authority, U.S. Department of Labor and the U.S. Equal Employment Opportunity Commission, as well as the Labor Compliance and the Ombudsman of the City of Detroit, as well as to LEO (the State of Michigan's Labor and Economic Opportunity, and MERC: Michigan Employment Relations Commission) among its personnel and staff of the

8

existence of African American men of its rank & file, which simply are non-essential and non-leadership subordinates with a position that does not allow them to reach an authority or an executive position or appointment within the twenty-one branches and the main library of DPL. In fact, most of those subordinates merely have just a high school diploma or a community college certificate and with no professional (Master's Degree) librarian certification, experience or education under their "belt." It looks good on paper, when the Detroit Public Library falsely claims that it is an equal employment opportunity employer. But for years, Trinee Dukes Moore, Tiffany Simon, Jo Anne Mondowney, et al., at the Detroit Public Library have been getting away with misleading, fabricating and exaggerating personnel hiring and firing records via its Human Resources, in-which they continue to deliberately, inaccurately, egregiously and nefariously, not be made accountable. They are professional liars.

The Detroit Public Library has a method of discouraging Black men from volunteering as literacy coaches, or any accumulative public library training experiences, or to fulfill any library service that would gain the individual the necessary preparation or important knowledge to provide him the technique, intellectual capabilities for public librarianship. Public pathway for volunteering or employment at the Detroit Public Library is reserved primarily and fundamentally encouraged to and for the most part, whites and women only, suburbanites and urban dwellers, alike, respectively.

Again, in March 2023, primarily Trinee Moore, and Dr. Shreve conducted the interview by initially displaying a gangster-style method, and at times during the session, orchestrating tactics of a so-called "good cop and bad cop," with the other interview team presenting a more neutral

9

audience, but prepared to be supportive of the charade that was taking place.  In fact, the

atmosphere within the interview room, upon my arrival, had an unwelcoming and again hostile

appearance and feeling to it, as if it was an impromptu secret tribunal, in-which I felt that I was

not experiencing A PROFESSIONAL and an OBJECTIVE LIBRARIAN POSITION interview,

but more like an interrogation via a "KANGAROO COURT."  It was then and it is still to this

day ashamed that residential tax paying citizens of the City of Detroit, more likely unbeknownst

to them, supports a municipal institution, an entity that is part of the city government's jewel,

consisting of people that runs that institution that are arrogant, bias, corrupt, deviously-prejudice,

egregious, fallacious, and gross-disrespectful, as well as being **HYPOCRITICALLY**-self-

righteous, hostile, prolific liars, and toxic.

With the Detroit Public Library, it is a simple case of DPL through its Human Resources

Department displays an **ABUSE OF POWER** and **AUTHORITY!**  **DPL's abuse of power and

authority as well as control to a certain extent is all cultic like.**  Again, and the main culprits

are Trinee Moore, Dr. Chris Shreve, Jo Anne Mondowney and Tiffany Simon.  They run the

Detroit Public Library like a cult.  The Detroit Public Library should not be allowed to use any

demographics, such as sex/gender and race-based or residential/zip code algorithms to determine

who **should** be a professional services librarian or who **should NOT** be a professional

services librarian, for Children, Youth or urban Adults.

Furthermore, the method and operation or modus operandi of the Detroit Public Library, as an

city institution to hire, appoint, or assign viable professional librarians IS NOT DONE IN DUE

DILIGENCE OF CREDIBILITY, or under the light of FAIRNESS, OBJECTIVENESS, EQUAL EMPLOYMENT OPPORTUNITY WITHOUT PREJUDICENESS THAT ALSO FALLS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, ESPECIALLY WHEN IT COMES TO REVIEWING ANY EARNED MASTER's DEGREE RECIPIENTS THAT ARE AFRICAN AMERICAN MEN, AND ESPECIALLY THOSE WHO ARE NATIVE DETROITERS AND HAS BEEN A LIFE-LONG TAX-PAYING RESIDENT OF THE CITY, HETEROSEXUAL AND CERTIFIED AS A STATE OF MICHIGAN LIBRARIAN II.  AS A RESULT, DPL HAS VIOLATED THE BASIC FUNDAMENTAL RIGHTS AND PROTECTION OF A NATURAL BORN CITIZEN THAT IS ENTITLED TO RECEIVE THE EQUAL EMPLOYMENT OPPORTUNITY THAT HAS BEEN OUTLINED IN THE UNITED STATES CONSTITUTION WHICH GOVERNS ALL INSTITUTIONS AND TERRITORIES WITHIN THE UNION.  FOR FIFTEEN YEARS, YEAR AFTER YEAR, I HAVE BEEN DENIED THOSE FUNDAMENTAL RIGHTS AND PROTECTION AFFORDED TO WHITES AND WOMEN THAT SEEKS A PROFESSIONAL APPOINTMENT OR ASSIGNMENT WITHIN THE REALM OF THE DETROIT PUBLIC LIBRARY.  IN FACT, I HAVE APPLIED FOR A PROFESSIONAL APPOINTMENT AT LEAST A DOZEN PLUS TIMES BEFORE I WAS GIVEN A SO-CALLED INTERVIEW.  PERHAPS, SINCE I SURVIVED COVID-19, DPL FELT SOMEWHAT TOKENED PERSUASIVE TO INTERVIEW ME, AS A FLEETING GESTURE OF NO REAL SIGNIFICANCE.  IN THE PROCESS, DPL's INTERVIEW TEAM THAT WAS MANUFACTURED TO MISLEAD ME, WASTED MY TIME IN RETALIATING AGAINST ME, BY PATRONIZINGLY GRANTING ME A FICTICIOUS INTERVIEW WITH NO REAL SUBSTANCE THAT POSE NO SIGNIFICANT 21ST CENTURY PUBLIC LIBRARIANSHIP QUESTIONS FROM THEM, FOR ME TO

11

PROPERLY ANSWER.  PERHAPS, NOW IF AN OUTSIDE GOVERNMENTAL ENTITY OR BODY THAT HAS THE POWER TO BRING TO BEAR OR BOOK DPL, IN HEARING MY CASE, WELL DPL NOW COULD SAY "WE GAVE HIM A LEGITIMATE INTERVIEW."  BUT WAS THE INTERVIEW DONE IN GOOD FAITH, FAIR, AND OBJECTIVELY WITH EQUAL EMPLOYMENT OPPORTUNITY AS ITS FOUNDATION? **HELL NO! . . . .IT WAS NOT DONE LEGITIMATELY, FAIR, AND IN GOOD FAITH WITH AN OBJECTIVENESS UNDER NORMAL CIRCUMSTANCES THAT REFLECTS EQUAL EMPLOYMENT OPPORTUNITY!**

In addition, the Detroit Public Library had no real intentions of conducting a fair, just, equal employment opportunity and legitimate professional services librarian interview for its open Children Services, Youth Services or Adult Services Librarian appointments or assignments. They just wanted to string me along, to justify giving me an interview to rid me of applying or seeking any librarian job or voluntary library service assignment, in both the near and distant future.  DPL now too, could also use my age, after fifteen years of applying for a professional appointment as a means or an excuse to justify their decision to denied me employment, going forward.

Thus, if I was an African American or a white woman, while in graduate school at Wayne State University's prestigious Library & Information Science School, I would have been recruited, before I graduated.  In fact, I would have been allowed to participate in the Detroit Public Library's selective internship program, and be given a significant and secured stipend to easily prepare me for a secured near future professional public librarianship assignment with DPL.

Thus, if I was a friend of a friend. . .of a friend or especially a family-member of Trinee Moore, Tiffany Simon and or Jo Anne Mondowney, the Director of DPL, I definitely would have had an interview right-out of "Grad" school in August of 2009, or as early as the beginning of 2010.  As a result, I would have more likely already, as of today, been appointed, promoted or selected as a Branch Manager or an Assistant Branch Manager.  With the knowledge, talent, experience, skill-set, and having undoubtedly the quintessential and professional 21ˢᵗ Century librarianship technological, and global integrated librarianship systems awareness that I had back in 2009 and 2010 leading up to today; my invaluable, candid and enlightened presence would have been then, as it would be presently today, the latest and greatest inspiration and support to any public library, let alone to the Detroit Public Library and its community.  Instead, the Detroit Public Library punished me for merely applying for a professional public library services appointment.  If I was white and male and I was from Wixom, or Howell, or Grosse Pointe Shores, or St. Clair Shores, or Ferndale, or Royal Oak, or Trenton, or Bloomfield Hills, West Bloomfield, or Birmingham, or Woodhaven, or Madison Heights, or Roseville, or Anchor Bay, or Grosse Pointe Park, or Hazel Park, or Sterling Heights, or Lincoln Park, or Utica, or Redford Township, or Grosse Pointe Woods, or Huntington Woods, or Pleasant Ridge, or Livonia, or Farmington Hills, or downtown or Indian Village or North Rosedale Park of Detroit, or Dearborn, Michigan, or even Windsor, Ontario, Canada, then I would have been hired while in "Grad" school or soon after graduating, especially if I was vying for an [I T] or a [C I T] position.  People like, Trinee Moore and Tiffany Simon would have been salivating in desperation to hire someone white and male, especially from the suburbs, as a professional librarian, for one of the twenty-one branches.

13

If the applicant had been white, male and Jewish, and he was either from Southfield or Oak Park or Berkley, or Madison Heights or Beverley Hills, or Ferndale, or Hazel Park or Royal Oak, or from downtown Detroit, Michigan, as well as being homosexual, too, well that would have been even better. Then he would have more likely, automatically been highly considered, without going through some of the typical background checks and balances that often Black men experience as a method of being vehemently scrutinized or extremely vetted.  In all likelihood that employee candidate would have been encouraged from the time he submitted his application, "hiring freeze or no hiring freeze," put on or placed on a potential fast-track for an employment as a professional services librarian, for (actually immediate) future consideration. His moment of interview would not have taken him thirteen to fifteen years or more so.  It would be in the normal range of about fifteen days to about no longer than soon after someone within DPL's organization or orbit had died, retired, resigned or been suspended and definitely terminated. . .discharged. . .or fired.  Why is this so, because, the Detroit Public Library feels it has a strong obligation to advocate for the LGBTQ community and promote vigorously a **lifestyle choice** that they also feel that it is far more important than giving someone **born** Black, and male, an African American and who is also a Christian, an equal opportunity.  Thus, it is, to the Detroit Public Library, a politically correct thing to do, and a more advantageous gesture, for the sake of funding purposes, and endorsements, both present and future, from wealthy suburban and regional donors.  My application again, was merely seen as a threat to the status quo, to the PAX-DPL.

### III.   DPL's METHOD of RETALIATION

The Detroit Public Library practice a pattern of narcissistic vendetta, as a method of retaliation against would be professional librarians that are African American men who seek a public library service appointment.  This method of retaliation is executed from DPL's Human Resources within its main library.  The Detroit Public Library claims that it is an equal employment opportunity institution without discrimination and biasness.  Nothing could be further from the truth, especially when involving my experience as an applicant, beginning in the 2009 / 2010 fiscal year.  The Detroit Public Library claims that I failed an interview in April of 2023, due to me inadequately responding to the interview team's questionings.  In fact, the interview team's questionings, which was masterminded by Trinee Moore and supported primarily by Dr. Shreve was merely an assault and an attack to exploit and to undermined my academic achievements, and past vocational and occupational experiences.  They tried to insult my intelligence.  Again, that day of the interview in April 2023, the interview team's line of questionings was misleading toward a superficial expectation of no real substances, and specifics.  Often, they centered their questions around subliminally character assassinating me via my answers.  Case-in-point, again, as I interviewed for the Children / Youth Services Librarian appointment, they came at me, by committee, presenting questions that sounded more like DPL has a covenant of a cult like system in place to protect from outsiders, like me, and not a best practice system that serves the good interests of the community of young library patrons, its users, as well as guest.

Secondly, DPL's so-called interview team, so-called interrogation team were not interesting in knowing what I knew about harnessing 21st Century public library services with connections

15

with such organizations as the IEEE (Institute of Electrical and Electronic Engineers), or having been a member of the American Library Association's – The Association for Library service to Children (ALSC) or having Coding knowledge or resources and activities to help provide such important information dissemination to young readers and learners as a provider, in developing curriculum, mentorship programs, extra-developmental activities and teachings for S.T.E.M (science, technology, engineering and mathematics) or S.T.E.A.M programs; or did I know from an Adult Services reference desk experience; how to provide medical/health care information via WebMD or National Institutes of Health or CDC-Prevention websites, employment via U.S. Labor Department's Small Business Administration website, or any local workforce development website?

 How about DPL asking me, in-which they did not do, my knowledge to provide Adults and young adult library patrons and visitors information from the reference desk with knowledge about obtaining housing within Detroit, Michigan metropolitan area through such websites as the housing coalition, MSHDA (the Michigan State Housing Development Authority) and HUD programs, Section 8 housing assistance, Southwest Housing Solutions to prevent and to get adults out of homelessness? What about me being a United States military Veteran, and the information and knowledge that I might have about Veteran's organizations, programs and temporary shelters and food pantries to provide informational retrieval to those men and women that are struggling in society? By the way, the ALSC is the world's largest organization dedicated to the support and enhancement of library service to children. At any rate, the interview team never asked me questions that were vital, essential or all important to the job description of a 21st Century professional public librarian in the service as an Adult, Children and

16

or Youth Services Librarian.  It was nothing consistently germane about DPL interview team's questionings.

When I presented my State of Michigan Librarian II certification, the interview team, especially Trinee Moore and Chris Shreve were stunned, shocked and highly surprised to a point of being absolutely flabbergasted.  My certification was immediately, but reluctantly and audibly acknowledged by Margaret Bruni, Director of DPL's Public Service.  Trinee Moore and Dr. Shreve without hesitation, and without merit, tried to refute and reject my earned authentic certification.  My certification was waiting for me in Lansing, Michigan since December 2009.  I decided to submit my request via application to obtain my certification around October of 2017, when I began working for the Inkster (Leanna Hicks) Public Library, as an Outreach Public Services Librarian.  The City of Inkster, Michigan can verify my employment as a librarian within its municipality during 2017/18, just before the City of Inkster temporarily closed down its old library in 2018, in order to open up a new library in the Spring of 2021.  In addition, I am a Clever Educational Portal – Online Academy certified educator.  This portal is one of the most used educational platforms for children and youths in Kindergarten – 8th grades, both in city run public schools and charter schools in Elementary – Middle Schools.

Thirdly, Trinee Moore led interview team tried to proverbially "railroad" me, by derailing my humble, reasonable, proper, and accurate answers to their questions.  They were very resistant and visibly reluctant to, again, acknowledge my accuracy, brilliancy, currency and devoted-description of public librarianship in relationship to adult services and children / youth services.  Case-in-point, one of their questions went along the lines of "what would I do to improve

17

literacy to those children that depends on the DPL?"  Midway into my professional response, both Dr. Chris Shreve and Trinee Moore rudely interrupted my specific explanation that I would properly provide and prepare each young patron with a pedagogy pattern of learning that would link him or her up with (audio-literature or electronic) tutorials to increase or establish an interest in reading, via learning resources that records the literacy progress of that individual for immediate or future follow-ups by a responsible librarian, such as myself.  This service would be in a timely-manner and properly reinforced, as a positive pattern of developing and improving literacy among young library users, to gain the necessary ability to read, research and become independent thinkers.  This, I believed then, as I do today, would truly encourage and enlighten, as well as educate those children to discover and explore new ideas to solve one day, the real-world life's problems.  In addition, Dr. Shreve stressed vehemently and supported by the other interview team, that I do not use referenced-information that I have researched to be authentic, believable and credible, during the interview session.  So, with that being said, Trinee Moore and Dr. Shreve did not respect this credible and common-sense answer.  Why, because they were hypocritical and disrespectful towards me, because speculatively, I represented to them a segment of society that they did not expect to apply for a professional librarian appointment at DPL.

Furthermore, and in the first place, I am especially not to DPL's interview team's perceptive of welcoming, due to their prejudged image of impression, and familiarity and conclusion, in the traditional sense or sphere of what a male librarian, whom ever he is and has gone to a library & information science school in America, something that they are not willing to accept within the realm of their everyday conversation, amongst themselves.  They have not gotten over the

18

"shock and awe," of me not just being a Certified Accredited State of Michigan Librarian II, but my persistent applying year after year, and after being unjustifiably denied an interview and rejected as a qualified, legitimate citizen for a professional public services librarian appointment. After all, Black men. . .American Africans only represent less than 0.07% of the professional service librarians in the United States.  With that in mind, speculatively, the Detroit Public Library can bring to bear over whelming odds against any Black man. . .an African American seeking a professional librarian appointment, and not worried about or lose any significant sleep in having to deal with any such future litigation, if he is denied a fair, proper and just librarian job interview.  Trinee Moore, Tiffany Simon, Jo Anne Mondowney, Margaret Bruni and Dr. Chris Shreve knows this quite well that I am figuratively "outnumbered and outgunned," by the powers that be, or should I say, by the powers that are unbecoming of public officials that represents the Detroit Public Library.  Furthermore, they too know the old and present saying about Black people in general and Black men specifically: "if you want to hide just about anything that is of value [or valuables] all you have to do is put it in a book, and nine times out of ten, if a Black person does come across that particular book he or [she, especially of high school and below level grades] would more likely **NOT** open that **book** to find what kind of value [or valuables] that particular book contains."  The library has volumes and volumes of books.  Collections-development, book borrowing and circulation, and cataloging are at the heart of any library.  Jo Anne Mondowney, Trinee Moore, Dr. Shreve and Tiffany Simon do not want Black men. . .American Africans to be leaders of disseminating information within DPL for properly gained knowledge, wisdom and understandings of social conditions, such as poor medical and health care, gentrification (lack of decent affordable housing), mass incarceration,

19

genocidal-crime, and miseducation via inferior school systems, and unemployment and poverty rate that plagues the African American community.  They will use intimidation and an ethnic-gender profiling program to deny would-be African American men that are qualified to be professional services librarians, a job at DPL.

Perhaps speculatively, people like Dr. Chris Shreve, Tiffany Simon, Jo Anne Mondowney and Trinee Moore more likely would believe that my determination to be a certified professional public librarian with the Detroit Public Library or any other municipality public library is not necessary going to create or generate any news media storm, federal investigation or inspection, or viral social media tsunamis, or a public outcry.  My case against DPL, even though full of evidence that support my claims, and my overall complaint would probably not galvanized support from any organizations, such as Black Lives Matter or the NAACP or even the ACLU, etc.  Most ordinary people in America, more likely, as well, probably believe that majority of Black men does not give a "rat's behind," about libraries. . .books in general as a professional occupation, when there so many more legal and illegal occupations and vocations that are of greater interest to American Africans. . .Black people.  I am hoping that the federal government will see this alarming case, this complaint, as such as to give a reasonable amount of legal attention to review its quality and sincereness and merit.  The residents and citizens of the City of Detroit, as well as Highland Park, Michigan and the surrounding metropolitan area deserves better.

## IV.    The Detroit Public Library

The Detroit Public Library (DPL) is in violation of not only the State of Michigan

Civil Rights Act No. 453, Public Act of 1976, as amended to Title VII of the

United States Civil Rights Act of 1964, it is also in violation of the 14th

Amendment to the United States Constitution, by systemically using a shrewd

selective process with biasness and prejudicialness to inclusively and specifically

seek after groups of more so-called desirable individuals (women and whites

preferably from the suburbs of Detroit), while exclusively targeting primarily

marginalized individuals (native Detroiters, heterosexual Black men with a

certification and an earned Master Degree in Library & Information Science) that

are part of a so-called undesirable group and are not recognized as qualified

potential professional librarians by DPL; and as an individual, who is also a natural

born citizen of the USA, who is not being allowed to participate fully, equally and

without being personally threatened and without having stipulation put upon him

during an interview process, while in the process of attempting to exercise free will

to choose his desire labor or to be employed by a city governed body institution

that exist and is ran as a municipality tax supported institution; in-which he has

paid, as an ordinary, viable individual citizen like other ordinary citizens into that

cultural service with prior and present tax money within that city, as part of the United States of America.

The Detroit Public Library has not, does not and will not be committed to live up to the principles, verbally or on paper, of the Equal Employment Opportunity Commission, or any other federal governmental body that gives oversight and investigates hiring and employment discrimination, biasness and prejudicialness through its veiled system that is cloaked with, and uses clandestine methods, in its shady hiring practices.  The only way perhaps that DPL's hiring and historical exclusionary practices could be challenge, is by a strong, unflinching and unafraid outside independent, investigative agency with prosecutorial powers and with the backing of the U.S. Justice Department, in-which it could undoubtedly and un-relentlessly question and challenge the Detroit Public Library's falsified, fabricated, and fictitious, and all too familiar façade.

In August of 2009, at the age of 50-years old, I earned a Master's Degree from Wayne State University's prestigious School of Library & Information Science. This academic success was achieved within one year and eleven months, of a usual two to six-year program, while also working as a Case Manager / Residential

Monitor for a Veterans transitional housing program near downtown Detroit. When I graduated, I was in the top echelon of all graduate-students of academic success and accomplishments.  In fact, while I was in "Grad" school, I presented to DPL's administration a proposal for a new sound library service to be looked into as a cost and energy saving, and as a way to have reached out to those would be library patrons and guests that could not get to a library in undeserved areas in Detroit, as well as in Highland Park, Michigan, which no longer has its own municipal public library system.  The idea, at that time, was to place quality, efficient and conveniently-easy to operate **book dispensers,** like food vending machines in certain practical locations.  These book dispenser-machines would have housed digital media resources, books and novels, research journals and periodicals.  They would have been accessible, feasible, easily to maintained, restocked and or resupplied with library resources, well lighted with a security-monitoring system, as well as displaying attractive advertisement features to present and to have promoted literacy, galvanized local-support for generating new literature that would have highly advocated, inspired, and motivated reading.  In fact, the proposal had the backing and motivational support as a potential grant-funding source from one of my "Grad" school professors.  This initiative would have garnered local support if the Detroit Public Library was serious about its

potential. As a result, Executive Director, Jo Anne Mondowney sent me a letter to informed me that the Detroit Public Library appreciated my proposal, but DPL did not have the funding to support such unique idea.

Again, at any rate, and as the **ONLY AFRICAN AMERICAN MAN, OUT OF 300 PLUS RECIPENTS TO RECEIVED HIS DIPLOMA IN DECEMBER OF 2009, AFTER GRADUATING FROM "GRAD" SCHOOL, DURING A LAVISH CEREMONY AT WAYNE STATE UNIVERSITY's MATTHEI SPORTS COMPLEX, I AM THE ONLY PERSON, MALE OR FEMALE IN THE LAST FIFTEEN YEARS, WHO WAS QUALIFIED TO BE A PROFESSIONAL SERVICES LIBRARIAN; WHO WAS NOT INVITED WITHIN ONE TO THREE MONTHS AFTER FIRST SUBMITTING HIS APPLICATION, TO AND FOR AN INTERVIEW; NOT TO BE ACCEPTED RESPECTIVELY, AS A VIABLE AND POTENTIAL LIBRARIAN CANDIDATE OR WHO WAS INTERNALLY, SYSTEMATICALLY AND AUTOMATICALLY WITH PREJUDICE, REJECTED FOR AN EMPLOYMENT-APPOINTMENT BY THE DETROIT PUBLIC LIBRARY, WITHOUT JUST CAUSE.**

24

**OVERALL, DPL's INTERVIEW TEAM UNDER THE DIRECT INFLUENCE OF TRINEE MOORE, METAPHORICALLY AND SUBLIMIALLY ADMONISHED AND REBUKED ME FOR JUST SEEKING WHAT I HAD BELIEVE AND THOUGHT TO BE AN HONORABLE, ACHIEVED-ACCOMPLISHMENT AFTER GRADUATING WITH A LIBRARY & INFORMATION SCIENCE MASTER's DEGREE, WHEN MANY PEOPLE THROUGHOUT MY ACADEMIC PURSUIT FAILED, DUE TO HIM OR HER BEING CAUGHT PLAGERIZING HIS OR HER'S PAPER WORK, OR BECAUSE HIM OR HER HAD SUCCUMBED TO THE FORCES OF ATTRITION, GRADUALLY BEING REDUCED AS AN INDIVIDUAL, DUE TO HIM OR HER RESIGNING (THROWING IN THE TOWEL, BECAUSE BOTH THE ONLINE AND IN-PERSON CLASSROOM WORK WERE OVER WELHMING) OR THAT HE OR SHE HAD GOTTEN SICK WITH A DEBILITATING ILLNESS THAT FORCED HIM OR HER TO DROP THEIR CLASSES, OR AGAIN, DUE TO NEFARIOUS AND UNETHICAL OR CRIMINAL ACTIVITY ON CAMPUS.** NOT ME! MY WORKS WERE (HIGHLY) PRIZED, IMPECCABLE, AND EXTRAORDINARY!

25

**AGAIN, DPL's INTERVIEW TEAM REACTED IN A STATE OF SETTLED METAPHORICAL TANTRUM.  IT SEEMED LIKE THE DIFFERENCE BETWEEN ME AND THEM, DURING THE INTERVIEW PROCESS WERE PART PERSONAL AND PART POLITICALLY IDEALOGICALLY IN CONTRAST TO THEIR BELIEVES AND PRACTICES OF HOW THEY LIKE TO CONTINUE THE ENTERPRISE OF RUNNING A PUBLIC LIBRARY AT THE VEXATIOUS EXPENSE OF OTHERS.**  In fact, of all of the interview team's representatives Trinee Moore and Dr. Shreve sucked the air out of the interview room, before and during the interview.  They have **NO CLASS.**  Mr. Shreve is an interesting person.  Rather, Dr. Shreve is a funny guy. . . . .a real funny guy.  He, Dr. Shreve, reminds of an arrogant character in a few films or books that I have read.  In fact, he reminds me of an arrogant, bombastic, over-zealous, self-righteous, and superiority thinking-self-serving Nazi German officer, during World War II; a Colonel or General type. . .marching into Stalingrad, Soviet Russia, with long-black shiny boots.  He believes that his so-called threatening posture, and expressions, as well as his "loosed canon" self-serving, so-called expressive intimidating persona can pause an individual or individuals to the point of automatically surrendering his or their pride, courage, will, purpose, motivation, course of action, attempts, objectives, goals, desire, need, want, dignity, self-respect, nobility, love of self and others, everybody, his hopes, passion, livelihood, personal-endeavors, integrity, aristocracy, fearlessness, patriarchal-pursuit, mission, dreams, values, mores and time-honored manhood, determination, and natural and learnt-formal-educational ability, knowledge, truths

and past success-to-victories in one's vocations or occupations, and moral accountability, and importantly his faith, and trust in God Almighty Jesus Christ. This Colonel or General that Dr. Shreve seems to portray, is a man that is an over confident, self-absorbent individual, with an arrogant personality, who has a tendency and propensity to suggest with callousness what another man should result to do as a career, while giving up his real purpose in life. What such foolishness? At the same time, Trinee Moore personifies a person that should not be in-charge with Human Resources, in any capacity, for any organization, program, institution, business, company, establishment, and or agency. She has a temperament that would make the "Wicked Witch of the West" in the movie "The Wizard of Oz," seem so plain and passive. Even though, Ms. Moore, was not physically present during the interview session, her online ZOOM presence created an atmosphere that was so palpable, unsettling, and vile-scorned. I felt somewhat vulnerable, and reluctant to go through with the interview in March and more apprehension to participate in the interview in April of 2023. She, Ms. Moore has, in my opinion, a persona that I would describe as a "man-slaughter." One who creates conditions, for others to react to, as this condition begins to manifest into a more riotous problem, she, Trinee Moore happens to disappear into the shadows of obscurity (by washing of her hands and not be accountable for what happen), while others, like myself are victimized. This is irresponsible. She is a classic trouble-maker and a dysfunctional operative for a city's cultural service. This is what tax-payers of the City of Detroit pays into, to have one of its institution's departments ran in such a deplorable way. The Executive Director, Ms. Mondowney is in cahoots with Ms. Moore. There is one other individual on the interview team that acted like he could be deported out of the country at any time, but makes gestures. . .body English during the interview process to conspire as a "yes man," as if he is Trinee Moore's hand-picked puppet, and that is Mr. Joel Anyim. Mr.

27

Anyim seemed paranoid, as if prematurely his job with DPL was directly in jeopardy, due to my answers and presence during the interview process.

By the way, and getting back to what I observed about Dr. Chris Shreve, during the interview session and as I was thinking, didn't the Nazi Germans, with their shrewd Generals and Colonels, and along with their axis supporters suffered a terrible historical defeated by the Russians in Stalingrad?  Didn't that battle also proved to be the turning point in the war in the east, during World War II?  Dr. Shreve (listed Ph. D., Dr. Shreve, perhaps someone needs to find out where he earned his degree from), and Ms. Trinee Moore, especially, perhaps need **NOT** to take things for granted.  But they cannot help to be their most arrogant, belligerent, cynical, and demonic of themselves, which has compelled me to take steps to bring this case with hopes and much consideration, to the attention of a federal judge.

The Detroit Public Library said it was my attitude during the interview process that was a conflict of interest.  In fact, this is an alibi to justified DPL's hypocrisy to have arbitrarily without provocation make a dismissive decision and to nullified any attempts by me for any available appointments or assignments.  DPL's excuse is erroneous and without merit.  I came into the interview both in March and April of 2023 with suspicion, and apprehensiveness, but confident, settled, and with enormous amount of awareness about the job descriptions for what was at hand.  As result, I was poised, ready, and equipped to mastered any normal, real world 21st Century professional public services librarian specific questions that was also appropriate, with straightforward, specific, appropriate, real world 21st Century professional public services

28

librarian answers with intelligence.  Instead, I got an amusement park like experience in the

worst way.  Worst of hostesses, and host that anyone could encountered.  Unprofessional service.

Metaphorically, the interview team took me on broken down rides. . .in-terms of ridiculous and

repulsive questionings that were unrelated to real world 21st Century public librarianship.

DPL's staff appeared to be faulty, insecured, unconfident, unequipped, incompetent and inept.

They provided distasteful public service and accommodations.  They also presented me with

misleading job descriptions during the interview process.  DPL conducted the interview in an

unpleasant atmosphere rifled and ripen with dissension, condemnation, hostilities, reputation and

combativeness towards me, merely on the strength that I showed up for the interview, and that I

had the audacity to ask questions during the process.


The Detroit Public Library's Human Resources, its interview team, and its administration are

acted so trivial, petty, and frivolous during the interview process.  They are so silly.  A ridiculous

group of people.  DPL's assessment of me is so disturbing and unsettling that it is wondered with

reservation and without prejudice, what other person have suffered this kind of public harm, and

has been "swept under the rug?"  It is incredible that such a public institution is allowed to be ran

that way.  An institution that is supposed to serve the people, by people and of the people, as an

equal employment opportunity, municipality place that traditionally should promote intellectual

freedoms.  The Detroit Public Library should not be ran by a bunch of dysfunctional, corrupt,

bombastic, and antagonistic individuals that abuses their official positions.


The crux of DPL's argument to decide to exclude a viable experienced and educated with

independent-intellectual-intelligence professional librarian, such as me, from being employed,

29

was to not to empower me for the sake of the community.  Perhaps it is speculative, but evidence via the interview process shows that the Detroit Public Library does not want the **IMAGE** of intellectual freedoms and intelligence to be disseminated on a regular basis from an African American. . .a Black man, especially from the City of Detroit.  They do not want young male library patrons, especially from the neighborhoods be empowered to be independent thinkers and leaders for tomorrow who would be guided at the reference desk at any of DPL's twenty-one branch libraries by someone that look like them.  For Jo Anne Mondowney, Trinee Moore, Dr. Chris Shreve, Tiffany Simon, and Margaret Bruni they only wanted individuals that would incentivize and increase their individual influence, domination, control, manipulation and personal gains.

It was evident during the interview process that the DPL's interview team showed me no common courtesy.  In fact, they appeared to have an attitude towards me.  I could not appeal to their intellect.  They wanted to argue with me about my answers to their questions.  They refused to accept any common-sense course of action that was comprehensively communicated by me, in-which practically a librarian would find himself in that type of scenario.  Chris Shreve, being the most aggressive and arrogant member of the interview team, led them in being rude and obnoxious, as well as being callous and diabolical.  The interview team, under the influence Ms. Moore automatically censored me, before, during the interview process, and afterwards, as a measure of barring me from applying for any forthcoming public services librarian appointment, assignment or voluntary work, at DPL, whatsoever, as an arbitrary unjustifiable life-time ban. During and just after the interview had came to an unprofessional abrupt halt, I said to myself "is this America, the land of the free and the home of the brave?"  What has gone  wrong in society?

30

Ronald Creswell

mailing address: 2705 Pasadena street Detroit, Michigan 48238